IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VILOX TECHNOLOGIES, LLC </br></br> Plaintiff, </br></br> v. </br></br> MINDGEEK USA, INC. </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 2:16-CV-01278 </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Vilox Technologies, LLC ("Vilox"), by and through the undersigned counsel, hereby dismisses its claims asserted against Defendant Mindgeek USA, Inc. in the above-captioned matter with prejudice. The summons and complaint have not yet been served, no responsive pleading or motion for summary judgment has been filed, and the parties have resolved the claims that formed the basis of Vilox's complaint.

Respectfully submitted,

Date:   January 24, 2017

/s/Cecil E. Key
Cecil E. Key
DIMUROGINSBERG P.C.
DGKEYIP GROUP
1101 King Street, Suite 610
Alexandria, Virginia 22314
Phone: (703) 684-4333
Fax: (703) 548-3181
Email: ckey@dimuro.com

*Attorneys for Plaintiff*
*VILOX TECHNOLOGIES, LLC*