**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| VILOX TECHNOLOGIES, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MINDGEEK USA, INC. )<br>)<br>Defendant. )<br>) | Civil Action No. 2:16-CV-01278-JRG-RSP |

**ORDER GRANTING
<u>PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

The Court, having considered Plaintiff Vilox Technologies, LLC's Voluntary Dismissal With Prejudice, and having concluded that good cause exists for dismissing the claims in the above-captioned matter as requested by Plaintiff,

IT IS HEREBY ORDERED, that Plaintiff's complaint in the above-captioned matter and Plaintiff's claims asserted therein are hereby DISMISSED WITH PREJUDICE.

**SIGNED this 24th day of January, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

1